# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ELEKTRA ENTERTAINMENT GROUP INC., et al.** | ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV476 |
| vs. | ) ) | **SCHEDULING ORDER** |
| **FRANCISCO EDSON,** | ) ) | |
| Defendant. | ) | |

This case is before the magistrate judge for full pretrial supervision. The court file shows that the defendant was served with summons on October 24, 2006. Apparently, the defendant has failed to timely answer or otherwise respond to the complaint. It remains plaintiffs' duty to go forward in prosecuting the case.

**IT THEREFORE IS ORDERED** that plaintiffs are given until **January 5, 2007** to (a) obtain an entry of default and (b) file a motion for default judgment, or take other appropriate action to prosecute the case. If appropriate action is not taken, I will recommend that the case be dismissed without prejudice for failure to prosecute.

DATED November 28, 2006.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**